UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUC CONSTANT CLAES,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CASE NO.   C05-0418-MJP-MAT<br>(CR04-244-MJP)<br><br>ORDER DISMISSING PETITIONER'S<br>§ 2255 MOTION |

The Court, having reviewed petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's § 2255 motion (Dkt. #1) is DISMISSED without prejudice as premature. *See United States v. Deeb,* 944 F.2d 545, 548 (9th Cir. 1991).

(3)    The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this 19th day of April, 2005.

/s/ Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING
PETITIONER'S § 2255 MOTION
PAGE -1